THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant, *v.* HENRY ALLEN et al., Respondents.

Reported below, 154 App. Div. 901.
(Submitted January 26, 1914; decided February 3, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 31, 1912, which affirmed an order of Special Term confirming the report of commissioners in condemnation proceedings.

The motion was made upon the grounds that the order of affirmance by the Appellate Division was unanimous and was not appealable of right to the Court of Appeals; that there were no questions for review by said court,

and that the appeal was taken merely for purposes of delay.

*Arthur B. Ottaway* for motion.

*Alfred L. Becker* opposed.

Motion denied, with ten dollars costs.